# United States District Court
# For The Western District of North Carolina
# Asheville Division

FILED
ASHEVILLE, N.C.
AUG 25 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

HARRY C. LEE,

    Plaintiff(s),

vs.

R. DAVID MITCHELL, Superintendent
Mountain View Correctional Inst., et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:05cv277-03-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 25, 2005 Order.

August 25, 2005

FRANK G. JOHNS, CLERK

BY: *Elizabeth Barton*
Elizabeth Barton, Deputy Clerk